UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert Allen RAMIREZ, also known
as Necio, Defendant–Appellant.

No. 10–10361
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 7, 2011.

Scott A.C. Meisler, Esq., U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Robert Allen Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.